# EXHIBIT A

1  Brad A. Denton, #016454
   Brad@DentonPeterson.com
2  Sterling R. Peterson, #020628
   Sterling@DentonPeterson.com
3
   DP **DENTON PETERSON, PC**
4      ATTORNEYS & COUNSELORS AT LAW
   1930 N. Arboleda Road, Suite 200
5         Mesa, Arizona 85213
      Telephone: (480) 325-9900
6       Facsimile: (480) 325-9901
   https://arizonabusinesslawyeraz.com
7     *Attorneys for Plaintiffs*



COPY

OCT 2 3 2018

COURT
SEAL

CHRIS DEROSE, CLERK
D. HILL
DEPUTY CLERK

8       **IN THE SUPERIOR COURT OF THE STASTE OF ARIZONA**
9          **IN AND FOR THE COUNTY OF MARICOPA**

10  DNS AUTO GLASS SHOP, LLC, an
    Arizona limited liability company, dba         Case No.  CV2018-096796
11  GLASS REPLACEMENTS
12                                                  **COMPLAINT**
            Plaintiffs,
13                                                  (*Breach of Contract, Breach of the Duty of
14  v.                                              Good Faith and Fair Dealing, Unjust
                                                    Enrichment*)
15  LIBERTY MUTUAL GROUP, INC. a.k.a.
    LIBERTY MUTUAL INSURANCE
16  COMPANY, a foreign insurance company;
    and JOHN AND JANE DOES I-X, XYZ
17  ENTITIES I-V,
18
            Defendant.
19

20

21          Plaintiff DNS GLASS SHOP, LLC, dba GLASS REPLACEMENTS an Arizona

22  limited liability company ("DNS"), by and through undersigned counsel, for their Complaint

23  against Defendant, alleges as follows:

24

25

26

27

28

1

**PARTIES; JURISDICTION; VENUE**

1.      Plaintiff is, and was at all material times relevant hereto, an Arizona limited liability company authorized to conduct business in the State of Arizona.  Plaintiff operates under the registered trade name of Glass Replacements.

2.      Upon information and belief, Liberty Mutual Group, Inc. a.k.a. Liberty Mutual Insurance Company is, and was at all material times relevant hereto, a foreign insurance company registered to conduct the business of insurance in Arizona through Arizona's Department of Insurance.

3.      All of the named Defendants herein, whether identified or designated as John Doe or Jane Doe, are intended to represent individuals acting either in their individual capacities, or as agents, representatives, directors, shareholders, or employees duly authorized and acting within their employment with regards to the transactions hereinafter alleged. Where applicable, each of the named individual Defendants alleged herein was acting for and on behalf of the marital communities composed of themselves and their spouse, and the designations John Doe and Jane Doe as used herein are used for the purposes of identifying the unknown spouses of the named Defendants.  Leave of Court is requested to substitute the true names as they are learned.

4.      All acts of the Defendants herein alleged to have been done by the individually named defendant companies, corporations, partnerships and other business entities named herein were done by their duly authorized agents, directors, shareholders or employees acting within the scope of their employment or agency, and all acts herein alleged were agreed to and ratified by the individually named defendant companies, corporations, partnerships and

DP DENTON PETERSON. PC
1930 N. ARBOLEDA ROAD, SUITE 200
MESA, AZ 85213

1    other business entities alleged herein.  Each of the individually named defendant companies,

2    corporations, partnerships and other business entities alleged herein, whether identified or not,

3    were in fact doing business in Maricopa County, Arizona, and caused events to occur and/or

4

5    entered into contracts and agreements in the state of Arizona with the named Plaintiff.

6            5.      In the event that the individually named defendant companies, corporations,

7    partnerships and other business entities alleged herein were not duly authorized and legally

8    constituted business entities, all actions taken on behalf of said defendant organizations were

9

10   done for and on behalf of the principals of said defendant organizations, which principals are

11   either identified herein or designated John and Jane Does I-X and which corporations or

12   companies, if unknown at this time, are designated XYZ Entities.  Leave is requested of the

13   Court to add individually named companies, corporations, partnerships and other business

14

15   entities and additional named Defendants as they are learned.

16           6.      The acts, omissions, representations, understandings, agreements, and contracts

17   hereinafter alleged were either done by, agreed to or ratified by all Defendants herein,

18

19   whether named or unnamed, and all Defendants benefited either directly or indirectly from the

20   acts, omissions, representations, understandings, agreements and contracts hereinafter alleged.

21   As a result of the benefit derived and the agreement to or ratification of the acts, omissions,

22

23   representations, understandings, agreements and contracts, Defendants are jointly and

24   severally liable to Plaintiff for the acts, omissions, representations, understandings,

25   agreements, and contracts alleged herein.

26

27

28

DP  DENTON PETERSON, PC
1930 N. Alameda Road, Suite 200
Mesa, AZ 85213

7.      Each and every named and unnamed Defendant and business entity caused actions to occur within the state of Arizona sufficient to confer upon the courts of the state of Arizona jurisdiction over the persons and business entities herein alleged.

8.      Jurisdiction and venue are proper in this Court.

## GENERAL BACKGROUND

9.      Plaintiff is engaged in the auto glass replacement and installation business.

10.     When the owner of an automobile has glass coverage on his or her automobile insurance policy (i.e., the "Contract" between the Defendants and the insured) and is in need of having glass replaced on his or her vehicle, the owner of the vehicle may assign its claim to proceeds for reimbursement from his or her insurance company for the replacement and installation of the new glass to the Plaintiff in exchange for Plaintiff performing the services and replacement and installation of the new glass.

11.     In other words, Plaintiff will replace and install new glass on the insured's vehicle, and, in exchange for that service, the insured will assign to the Plaintiff his or her right to collect the insurance proceeds from his or her insurance company.

12.     With that assignment for reimbursement, Plaintiff then sends an invoice to the vehicle owner's insurance carrier for reimbursement of the fees.

13.     The vehicle owner's insurance carrier then sends a check to Plaintiff to pay for the replacement glass and installation services it performed on the insured's automobile.

14.     Plaintiff is an assignee of the insured's contractual claim for reimbursement for the proceeds for the replacement and installation of the glass.

DENTON PETERSON, PC
ATTORNEYS | COUNSELORS AT LAW
1930 N. ARBOLEDA ROAD, SUITE 200
MESA, AZ 85213

## DEFENDANT'S FAILURE TO PAY

15.     From January 22, 2018 through July 12, 2018, Plaintiff replaced and installed glass for 108 people who had insurance through Defendant Liberty Mutual.  [See *Exhibit A* attached hereto with spreadsheet containing information regarding each claim].

16.     Plaintiff procured an assignment of claims from each of the 108 insureds for the replacement and installation of the glass.

17.     Plaintiff submitted invoices to Defendant for reimbursement for the replacement and installation of the glass.

18.     Defendant paid a portion of each of the 108 invoices, but failed to pay the full amount.

19.     Specifically, the 108 invoices Plaintiff sent to Defendant Liberty Mutual totaled $108,869.58 for the replacement and installation of glass on each of the automobiles. However, Defendant Liberty Mutual only paid a total of $45,031.47.   Thus, Liberty Mutual still owes Plaintiff an outstanding balance of $63,838.11 on the invoices.  [See *Exhibit A*].

20.     Plaintiff is the assignee of the claims of the 108 insureds against their respective Defendant insurance company, and, as a result, Plaintiff steps into the shoes of Defendant's insureds and is entitled to all of the insured's rights under the contract as it relates to the replacement and installation of the glass.

21.     Defendant owes a collective outstanding balance of $63,838.11 to Plaintiff for the unpaid amounts owed on the invoices for the 108 assigned claims.

22.     Despite Plaintiff's best efforts to collect the outstanding balance, Defendant has refused to pay the remaining balance on the claims.

23.  Plaintiff has been damaged as a result of Defendant's refusal to pay the amounts it owes to Plaintiff.

24.  The conduct of Defendant constitutes a breach of its obligations to Plaintiff as an assignee of the insured's claims.

## CLAIMS FOR RELIEF

### COUNT ONE
**(Breach of Contract)**

25.  Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

26.  Plaintiff is an assignee of the insured's claims against Defendant as it relates to the claims for replacement and installation of glass on the insured's automobiles.

27.  As a result, Plaintiff steps into the shoes of the insureds and is entitled to all of the rights and benefits of the insured under their contract with the Defendant.

28.  Defendant's failure to pay the outstanding balance on the invoices constitutes a breach of their contractual obligations to Plaintiff as an assignee under the contract.

29.  Plaintiff suffered damages as a result of Defendant's breach in the amount of not less than $63,838.11 for Defendant's failure to remit payments in accordance with the invoices, plus damages for all fees and costs incurred for instituting this action and other direct and consequential damages, in amounts to be proven at trial.

30.  This action arises out of contract, and therefore, pursuant to A.R.S. § 12-341.01 and pursuant to the parties' Agreement, Plaintiff is entitled to recover its reasonable attorneys' fees and costs incurred as a result of Defendant's failure to pay the amounts due to Plaintiff.

6

## COUNT TWO
### *(Breach of Duty of Good Faith and Fair Dealing)*

5.     Plaintiff incorporates by this reference the previous allegations.

6.     Defendant had a duty of good faith and fair dealing in this transaction with Plaintiff because Plaintiff stepped into the shoes of the insureds as assignee under the contract between the insured and Defendant and Plaintiff is entitled to the insured's right to be dealt with fairly in its contract with Defendant.

7.     Defendant knew or should have known that its conduct (i.e., of failing to pay the Plaintiff the full amount in the invoices) was inexcusable and did not comport with the standards of good faith and fair dealing.

8.     Plaintiff has been damaged as a direct and proximate result of Defendant's breach of the duty of good faith and fair dealing which damages include, but are not limited to, not less than $63,838.11 for Defendant's failure to remit payments in accordance with the invoices, plus damages for all fees and costs incurred for instituting this action and other direct and consequential damages, in amounts to be proven at trial.

9.     This matter arises out of contract, and Plaintiff is entitled to its attorneys' fees and costs of suit pursuant to the provisions of A.R.S. §12-341, *et seq.*

## COUNT THREE
### *(Unjust Enrichment)*

10.    Plaintiff incorporates by this reference the previous allegations.

11.    Defendant has been unjustly enriched, and Plaintiff unjustly impoverished, to the extent that Defendant has received valuable consideration from Plaintiff for the value of

1   the replacement and installation of the glass which Defendant agreed to, but did not, pay in

2   accordance with the terms of the contract.

3

4       12.     Plaintiff suffered damages as a result of this unjust enrichment in an amount to

5   be proven at trial, but not less than the jurisdictional minimum in this Court.

6                               **PRAYER FOR RELIEF**

7       THEREFORE, Plaintiff prays the Court enter judgment against Defendant as follows:

8

9       A.     For compensatory, incidental, and consequential damages in an amount to be

10  proven at trial, but not less than the amounts described above;

11      B.     For Plaintiff's reasonable attorneys' fees and costs herein and, in the event

12  judgment is obtained by default, for reasonable attorneys' fees in the amount of $5,000.00;

13

14      C.     For interest at the highest rate allowed by law from the earliest time permitted

15  by law until the judgment is paid in full; and,

16      D.     For such other and further relief as the Court deems just and proper.

17

18      RESPECTFULLY SUBMITTED this 22 day of October, 2018.

19

20                              **DENTON PETERSON, P.C.**

21

22                              Brad A. Denton
                                Sterling R. Peterson
23                              1930 N. Arboleda Road, Suite 200
                                Mesa, AZ  85213
24                              *Attorneys for Plaintiff*

25

26

27

28

# Exhibit A

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ins # | Shop | State | [illegible] | Name | Year | Make | Model | VIN | Policy | Claim | Insured | Date | Sub Total | Tax Total | Total | Amount Paid | Amount Owed | [illegible] | Check | [illegible] | DATE | NOTES |
| 2 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2016 | Chevrolet | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 3 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2017 | Ford | F Series | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 4 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2007 | Nissan | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 5 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2015 | Audi | A6 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 6 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2018 | Chevrolet | Equinox | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 7 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2018 | Lexus | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 8 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | Nissan | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 9 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 10 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2013 | Kia | Optima | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 11 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | Toyota | Sequoia | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 12 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2012 | Nissan | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 13 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2013 | Ram | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 14 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | Toyota | Camry | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 15 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2011 | Hyundai | Sonata | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 16 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2015 | Buick | Verano | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 17 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | 2017 | Mitsubishi | Outlander Sport | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 18 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 19 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 20 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 21 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 22 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 23 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 24 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 25 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 26 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 27 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 28 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 29 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 30 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 31 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 32 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 33 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 34 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 35 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 36 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 37 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 38 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 39 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 40 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 41 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 42 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 43 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 44 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 45 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 46 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 47 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 48 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 49 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 50 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 51 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 52 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 53 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 54 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 55 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 56 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 57 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 58 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 59 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 60 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 61 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 62 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 63 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 64 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 65 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 66 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 67 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 68 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 69 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 70 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 71 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 72 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 73 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |
| 74 | [illegible] | GRL | AZ | [illegible] | LIBERTY MUTUAL INSURANCE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | YES | [illegible] | [illegible] |

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total Amount Billed  $ 128,869.58
Total Amount Paid    $ 43,054.47
Total Amount Owed    $ 43,838.11

# EXHIBIT B

FILED
10/27/18  12:27 pm
CHRIS DEROSE, Clerk
By B. Romero
B. Romero, Deputy

CHRIS DEROSE, CLERK
RECEIVED BY
DOCUMENT DEPOSITORY
18 OCT 26  PM 12: 27

## IN THE SUPERIOR COURT IN THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DNS Auto Glass Shop, LLC, an Arizona limited liability company, dba Glass Replacements, **Plaintiffs**<br><br>Vs.<br><br>Liberty Mutual Group, Inc., aka Liberty Mutual Insurance Company, a foreign insurance company, John and Jane Does I-X; XYZ Entities I-V, **Defendants** | **AFFIDAVIT of SERVICE by PRIVATE PERSON (Amended)**<br><br>Case no. CV2018-096796<br>Documents Served:<br>1.  Summons<br>2.  Complaint<br>3.  Certificate Regarding Compulsory Arbitration |

THE UNDERSIGNED, Richard G. Younger Jr., cert #7079, Maricopa County, authorized to serve process under the laws of the State of Arizona, certifies:  That such person is fully qualified to serve process in this cause having been so authorized by the laws of the State of Arizona; that the undersigned stated to the party was so authorized, and also stated the nature of the papers being served.

The instruments and documents herein described as having been served on this action were received from Denton Peterson, PC on October 22, 2018.

| PARTY SERVED | ADDRESS WHERE SERVED | DATE & TIME OF SERVICE |
|---|---|---|
| Liberty Mutual Group, Inc | 8825 N. 23rd Ave, Phoenix, AZ | October 24, 2018 at 12:40 p.m. |

**MANNER OF SERVICE EFFECTED UPON PART**

Served Corporate Service Company, Statutory agent for the Defendant.  Tiffany Nagy accepted service.

I certify under the penalty of perjury that the foregoing is true and correct.

server

-1-

# EXHIBIT C



# Notice of Service of Process

NJP / ALL
**Transmittal Number: 18876809**
**Date Processed: 10/25/2018**

| | |
|---|---|
| **Primary Contact:** | Bruce Buttaro<br>Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116 |

| | |
|---|---|
| **Entity:** | Liberty Mutual Group Inc.<br>Entity ID Number 2541558 |
| **Entity Served:** | Liberty Mutual Group, Inc. a/k/a Liberty Mutual Insurance Company |
| **Title of Action:** | DNS Auto Glass Shop, LLC dba Glass Replacements vs. Liberty Mutual Group, Inc. a/k/a Liberty Mutual Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Maricopa County Superior Court, AZ |
| **Case/Reference No:** | CV2018-096796 |
| **Jurisdiction Served:** | Arizona |
| **Date Served on CSC:** | 10/24/2018 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Brad A. Denton<br>480-325-9900 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

# EXHIBIT D

Brad A. Denton, #016454
Brad@DentonPeterson.com
Sterling R. Peterson, #020628
Sterling@DentonPeterson.com

**DP** | **DENTON PETERSON, PC**
ATTORNEYS & COUNSELORS AT LAW

1930 N. ARBOLEDA ROAD, SUITE 200
MESA, ARIZONA 85213
TELEPHONE: (480) 325-9900
FACSIMILE: (480) 325-9901
HTTPS://ARIZONABUSINESSLAWYERAZ.COM

*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STASTE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

DNS AUTO GLASS SHOP, LLC, an
Arizona limited liability company, dba
GLASS REPLACEMENTS

Plaintiffs,

v.

LIBERTY MUTUAL GROUP, INC. a.k.a.
LIBERTY MUTUAL INSURANCE
COMPANY, a foreign insurance company;
and JOHN AND JANE DOES I-X, XYZ
ENTITIES I-V,

Defendant.

Case No. CV2018-096796

**SUMMONS**

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

THE STATE OF ARIZONA to the following Defendant:

Liberty Mutual Group, Inc. a/k/a Liberty Mutual Insurance Company

1. A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this "Summons".

2. If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint.  To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the:

- Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR
- Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR
- Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR
- Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

Mail a copy of your "Response" or "Answer" to the other party at the address listed on the top of this Summons.

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:
- 601 West Jackson, Phoenix, Arizona 85003
- 18380 North 40th Street, Phoenix, Arizona 85032
- 222 East Javelina Avenue, Mesa, Arizona 85210
- 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

OCT 23 2018

SIGNED AND SEALED this date

CHRIS DEROSE, CLERK
D. HILL
DEPUTY CLERK

CHRIS DEROSE, CLERK OF SUPERIOR COURT

By_____
   Deputy Clerk

# EXHIBIT E

Brad A. Denton, #016454
Brad@DentonPeterson.com
Sterling R. Peterson, #020628
Sterling@DentonPeterson.com

**DP DENTON PETERSON, PC**
ATTORNEYS & COUNSELORS AT LAW

1930 N. ARBOLEDA ROAD, SUITE 200
MESA, ARIZONA 85213
TELEPHONE: (480) 325-9900
FACSIMILE: (480) 325-9901
HTTPS://ARIZONABUSINESSLAWYERAZ.COM

*Attorneys for Plaintiffs*



COPY

OCT 23 2018

CHRIS DEROSE, CLERK
D. HILL
DEPUTY CLERK

**IN THE SUPERIOR COURT OF THE STASTE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| DNS AUTO GLASS SHOP, LLC, an Arizona limited liability company, dba GLASS REPLACEMENTS | Case No. CV2018-096796 |
| Plaintiffs, | **CERTIFICATE REGARDING COMPULSORY ARBITRATION** |
| v. | |
| LIBERTY MUTUAL GROUP, INC. a.k.a. LIBERTY MUTUAL INSURANCE COMPANY, a foreign insurance company; and JOHN AND JANE DOES I-X, XYZ ENTITIES I-V, | |
| Defendant. | |

Plaintiff, by and through undersigned counsel, hereby certifies that it knows the dollar limits and any other limitations set forth by the Local Rules of Practice for the applicable Court, and further certifies that this case is not subject to compulsory arbitration.

RESPECTFULLY SUBMITTED this 22 day of October, 2018.

**DENTON PETERSON, P.C.**

Brad A. Denton
Sterling R. Peterson
1930 N. Arboleda Road, Suite 200
Mesa, AZ 85213
*Attorneys for Plaintiff*

1

# EXHIBIT F

CHRIS DEROSE, CLERK
B/ _____ DEP

**In the Superior Court of the State of Arizona**

CV2018-096796

CV2018-096796

Is Interpreter Needed?  ☐ Yes  ☑ No   FILED
If yes, what language: _____

18 OCT 23  AM II: 14

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney  Brad A. Denton; Sterling Peterson

Attorney Bar Number  016454, 020628

Plaintiff's Name(s): (List all)   Plaintiff's Address:   Phone #:   Email Address:
DNS Auto Glass Shop LLC c/o Denton Peterson, P.C., 1930 N. Arboleda, Suite 200, Mesa, AZ 85213 - 480-325-9900

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Liberty Mutual Group Inc. a/k/a Liberty Mutual Insurance Company

(List additional Defendants on page two and/or attach a separate sheet)

## NATURE OF ACTION

(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.    ☐ 123 Hospital
☐ 122 Physician D.O    ☐ 124 Other

**130 CONTRACTS:**

☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☑ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
    ☐ 136 Six to Nineteen Structures
    ☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action
    (A.R.S. §23-212)

Case No._____

☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Special Action against Lower Courts
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 194 Immigration Enforcement Challenge
   (A.R.S. §§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL:**

☐ Administrative Review
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax
   Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute- Other
☐ 190 Declaration of Factual Innocence
   (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain- Light Rail Only
☐ 177 Interpleader-- Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination
☐ 185 Employment Dispute-Other
☐ 195 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other _____
        **(Specify)**

## RULE 26.2 DISCOVERY TIER or AMOUNT PLEADED:

(State the amount in controversy pleaded or place an "X" next to the discovery tier to which the pleadings allege the case
would belong under Rule 26.2.)

☐ Amount Pleaded $ _____    ☐ Tier 1    ☒ Tier 2    ☐ Tier 3

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC    ☐ Election Challenge
☐ Employer Sanction    ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the
commercial Court. More information on the commercial Court, including the most recent forms, are available on the
Court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

# EXHIBIT G

CHRIS DEROSE, CLERK
RECEIVED SE
DOCUMENT DEPOSITORY

18 OCT 25  AM 11: 59

FILED BY: _____

# IN THE MARICOPA COUNTY SUPERIOR COURT
## IN AND FOR THE STATE OF ARIZONA

Case Number Correct
Caption Variation Noted

| | |
|---|---|
| Auto Glass Shop, LLC, and Arizona limited liability company,<br>             Plaintiffs<br><br>Vs.<br><br>Liberty Mutual Group, Inc., aka Liberty Mutual Insurance Company, a foreign insurance company, John and Jane Does I-X; XYZ Entities I-V,<br>             Defendants | **AFFIDAVIT of SERVICE by PRIVATE PERSON**<br><br>Case no. CV2018096796<br>Documents Served:<br>1.  Summons<br>2.  Complaint<br>3.  Certificate Regarding Compulsory Arbitration |

THE UNDERSIGNED, Richard G. Younger Jr., cert #7079, Maricopa County, authorized to serve process under the laws of the State of Arizona, certifies:  That such person is fully qualified to serve process in this cause having been so authorized by the laws of the State of Arizona; that the undersigned stated to the party was so authorized, and also stated the nature of the papers being served.

The instruments and documents herein described as having been served on this action were received from Denton Peterson, PC on October 22, 2018.

| PARTY SERVED | ADDRESS WHERE SERVED | DATE & TIME OF SERVICE |
|---|---|---|
| USAA Insurance Company | 8825 N. 23rd Ave, Phoenix, AZ | October 24, 2018 at 12:40 p.m. |

MANNER OF SERVICE EFFECTED UPON PART

Served Corporate Service Company, Statutory agent for the Defendant. Tiffany Nagy accepted service.

I certify under the penalty of perjury that the foregoing is true and correct.

server

-1-